To whom it may concern...
CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of MISSISSIPPI
Jackson, MISSISSIPPI
OFFICIAL BUSINESS



My name is Mr. Ronald Corderro Evans and On 11/04/2022, 11/05/2022, 11/07/2022, 11/09/2022, 11/10/2022. I was alleadgly charged with (5) counts of CREDIT CARD, INTENT TO DEFRAUD- FELONY (MORE $100) And (1) count of IDENTITY THEFT.
Warrant No.: 2022001990C / 2022001990D / 2022001990E / 2022001990G 2022001990G / 2022001990F
To where the above warrants were issued for my arrest on Dec. 20th 2022. And I was arrested on said warrants on March 11th 2023. I have been detained Lauderdale County Jail, Since said date.

The only due Process of rules and Laws of the State of Mississippi legal system that I have been afforded was my initial appearance done - via Audio Visual device. Here we are well-over the (14) day mark for my Preliminary hearing. Violating my Constitutional as well as it goes against Mississippi code Section 99-3-17 and former Rule 6.3 of Uniform Rules of Circuit and County Courts. The Judical Process of Rule 5.2 was never done. Proving the Police didn't use Carelessness, abuse of Power nor unavoidable Errors.

As a relief: I Mr. Ronald Corrderro Evans wish to be released from Lauderdale County detention Center immeditately on my own Recognizance while said, Charges be investagated and dismissed. If any of my rights have been Violated.

Humbly, Mr. Ronald C. Evans
RCE  5-18-23
Casey R Spears  5-18-23