UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RONALD CORDERRO EVANS                                                            PLAINTIFF

V.                                                         CIVIL NO. 3:23-CV-324-KHJ-MTP

LAUDERDALE COUNTY DETENTION CENTER                              DEFENDANT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses the case.

SO ORDERED AND ADJUDGED, this 6th day of September, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE